**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| IN RE:<br><br>**BRADLEY DAVID HAIN,**<br><br>Debtor. | CASE NO: 18-16664-REF<br><br>CHAPTER 13 |
|---|---|

### ORDER PERMITTING SANTANDER BANK, N.A. TO FILE A LATE CLAIM

AND NOW, it is hereby

ORDERED that Santander Bank, N.A.'s Motion to File a Late Claim Pursuant to Fed. R. Bankr. P. 3002(c)(6)(A) is GRANTED, and it is further

ORDERED that Santander Bank, N.A. may file a claim within TWENTY (20) days of the date of entry of this Order; and it is further

ORDERED that any claim filed by Santander Bank, N.A. within TWENTY (20) days of the date of entry of this Order shall be deemed timely filed and shall be paid by the Trustee in accordance with the priority scheme set forth in the Bankruptcy Code, unless otherwise modified or expunged for reasons unrelated to the passing of the claims bar date.

**Date: March 5, 2019**            By: _____

Hon. Richard E. Fehling
Chief Bankruptcy Judge