UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                              :

BRADLEY DAVID  HAIN

                                                : Bankruptcy No. 18-16664REF
Debtor(s)                 : Chapter 13

Order Dismissing Chapter 13 Case and
Directing Counsel to File Master Mailing List

AND NOW, upon consideration of the Motion to Dismiss filed by Scott F. Waterman, standing trustee, this case is dismissed and it is further ORDERED, that counsel for debtor(s), shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

ORDERED, that any wage orders are hereby vacated.

BY THE COURT

**Date: March 7, 2019**

Richard E. Fehling, B. J.

Interested parties:

Rolando Ramos-Cardona, Esq.
Scott F. Waterman, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

MICHAEL D HESS ESQ
BURKE & HESS
1672 MANHEIM PIKE
LANCASTER PA 17601-3028

BRADLEY DAVID  HAIN
28 WINDING BROOK DRIVE
SINKING SPRING, PA 19608