United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Bradley David Hain  
    Debtor

Case No. 18-16664-ref  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-4     User: Lisa     Page 1 of 1     Date Rcvd: Mar 05, 2019  
                 Form ID: pdf900     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 07, 2019.  
db          +Bradley David Hain,    28 Winding Brook Drive,    Sinking Spring, PA 19608-9618  
cr          +SANTANDER BANK, N.A., F/K/A SOVEREIGN BANK, N.A.,    c/o Saldutti Law Group,  
           800 N Kings Highway Suite 300,    Cherry Hill, NJ 08034-1511

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                           TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 07, 2019                                  Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 5, 2019 at the address(es) listed below:  
       KARINA   VELTER     on behalf of Creditor     Wells Fargo Bank, N.A. amps@manleydeas.com  
       KEVIN G. MCDONALD     on behalf of Creditor     Toyota Lease Trust bkgroup@kmllawgroup.com  
       MICHAEL D. HESS     on behalf of Debtor Bradley David Hain amburke7@yahoo.com  
       REBECCA K. MCDOWELL     on behalf of Creditor     SANTANDER BANK, N.A., F/K/A SOVEREIGN BANK, N.A.  
       rmcdowell@slgcollect.com,   pwirth@slgcollect.com  
       ROLANDO RAMOS-CARDONA     on behalf of Trustee SCOTT   WATERMAN RRamos-Cardona@fredreiglech13.com  
       SCOTT   WATERMAN     ECFmail@fredreiglech13.com,   ECF_FRPA@Trustee13.com  
       United States Trustee     USTPRegion03.PH.ECF@usdoj.gov  
       WILLIAM   MILLER*R     on behalf of Trustee WILLIAM   MILLER*R ecfemail@FredReigleCh13.com,  
       ECF_FRPA@Trustee13.com  
                                                                                                          TOTAL: 8

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| IN RE: <br><br> **BRADLEY DAVID HAIN,** <br><br> Debtor. | CASE NO: 18-16664-REF <br><br> CHAPTER 13 |
|---|---|

### ORDER PERMITTING SANTANDER BANK, N.A. TO FILE A LATE CLAIM

AND NOW, it is hereby

ORDERED that Santander Bank, N.A.'s Motion to File a Late Claim Pursuant to Fed. R. Bankr. P. 3002(c)(6)(A) is GRANTED, and it is further

ORDERED that Santander Bank, N.A. may file a claim within <u>TWENTY (20)</u> days of the date of entry of this Order; and it is further

ORDERED that any claim filed by Santander Bank, N.A. within <u>TWENTY (20)</u> days of the date of entry of this Order shall be deemed timely filed and shall be paid by the Trustee in accordance with the priority scheme set forth in the Bankruptcy Code, unless otherwise modified or expunged for reasons unrelated to the passing of the claims bar date.

**Date: March 5, 2019**    By: _____

Hon. Richard E. Fehling
Chief Bankruptcy Judge