```
                        United States Bankruptcy Court
                        Eastern District of Pennsylvania
In re:                                                         Case No. 18-16664-ref
Bradley David Hain                                             Chapter 13
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-4          User: Lisa                    Page 1 of 2               Date Rcvd: Mar 07, 2019
                              Form ID: pdf900               Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 09, 2019.
db             +Bradley David Hain,    28 Winding Brook Drive,    Sinking Spring, PA 19608-9618
smg            +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,    Eighth and Washington Streets,    Reading, PA 19601
smg            +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg            +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg            +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
14209351        American Express,    PO Box 1270,    Newark, NJ 07101-1270
14219469        American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern  PA 19355-0701
14235072        Berks County Tax Claim Bureau,    633 Court St 2nd Fl Svc Ctr,    Reading Pa 19601
14220628        CACH, LLC its successors and assigns as assignee,     of First National Bank Omaha,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14209352       +Discover,    Po Box 742655,    Cincinnati, OH 45274-2655
14209353       +Donna & tim Werner,    227 Spotts Lane,    Narvon, PA 17555-9346
14209354        First National Bank Omaha,    Po Box 2557,    Omaha, NE 68103-2557
14209355        Manley Deas Kochalski, LLC,    PO Box 165028,    Columbus, OH 43216-5028
14273635       +SANTANDER BANK, N.A.,    F/K/A SOVEREIGN BANK, N.A.,    c/o Saldutti Law Group,
                 800 N Kings Highway Suite 300,    Cherry Hill, NJ 08034-1511
14236127       +Toyota Lease Trust,    c/o Toyota Motor Credit Corporation,    PO Box 9013,
                 Addison, Texas 75001-9013
14237470       +Toyota Lease Trust,    KML LAW GROUP, P.C.,    701 Market St. Suite 5000,
                 Philadelphia, PA 19106-1541
14209357       +Wells Fargo,    PO Box 10335,    Des Moines, IA 50306-0335
14209356        Wells Fargo,    PO Box 5169,    Sioux Falls, SD 57117-5169
14226378       +Wells Fargo Bank, N.A.,    Manley Deas Kochalski LLC,    P.O. Box 165028,
                 Columbus, OH 43216-5028
14226470        Wells Fargo Bank, N.A.,    Wells Fargo Card Services,    PO Box 10438, MAC F8235-02F,
                 Des Moines, IA 50306-0438
14225628        Wells Fargo Bank, N.A.,    1000 Blue Gentian Road N9286-01Y,    Eagan, MN 55121-7700

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 08 2019 02:48:37
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 08 2019 02:49:01      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14233823        E-mail/Text: mrdiscen@discover.com Mar 08 2019 02:48:26      Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
14246261        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 08 2019 02:53:26
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
                                                                                              TOTAL: 4

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +SANTANDER BANK, N.A., F/K/A SOVEREIGN BANK, N.A.,     c/o Saldutti Law Group,
                 800 N Kings Highway Suite 300,    Cherry Hill, NJ 08034-1511
                                                                                               TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 09, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0313-4          User: Lisa                  Page 2 of 2                  Date Rcvd: Mar 07, 2019
                              Form ID: pdf900             Total Noticed: 26
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 7, 2019 at the address(es) listed below:
        KARINA   VELTER    on behalf of Creditor    Wells Fargo Bank, N.A. amps@manleydeas.com
        KEVIN G. MCDONALD    on behalf of Creditor    Toyota Lease Trust bkgroup@kmllawgroup.com
        MICHAEL D. HESS    on behalf of Debtor Bradley David Hain amburke7@yahoo.com
        REBECCA K. MCDOWELL    on behalf of Creditor    SANTANDER BANK, N.A., F/K/A SOVEREIGN BANK, N.A.
        rmcdowell@slgcollect.com, pwirth@slgcollect.com
        ROLANDO   RAMOS-CARDONA    on behalf of Trustee SCOTT   WATERMAN RRamos-Cardona@fredreiglech13.com
        SCOTT   WATERMAN    ECFmail@fredreiglech13.com, ECF_FRPA@Trustee13.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM   MILLER*R    on behalf of Trustee WILLIAM   MILLER*R ecfemail@FredReigleCh13.com,
        ECF_FRPA@Trustee13.com
                                                                                                  TOTAL: 8

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                              :

BRADLEY DAVID   HAIN

                                                    : Bankruptcy No. 18-16664REF
    Debtor(s)                                       : Chapter 13

Order Dismissing Chapter 13 Case and
Directing Counsel to File Master Mailing List

AND NOW, upon consideration of the Motion to Dismiss filed by Scott F. Waterman, standing trustee, this case is dismissed and it is further ORDERED, that counsel for debtor(s), shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

ORDERED, that any wage orders are hereby vacated.

**Date: March 7, 2019**

BY THE COURT

Richard E. Fehling, B. J.

Interested parties:

Rolando Ramos-Cardona, Esq.
Scott F. Waterman, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

MICHAEL D HESS ESQ
BURKE & HESS
1672 MANHEIM PIKE
LANCASTER PA 17601-3028

BRADLEY DAVID   HAIN
28 WINDING BROOK DRIVE
SINKING SPRING, PA 19608